# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

138301

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FLAGSTAR BANK, F.S.B.,
        Plaintiff-Appellee,

v

SC: 138301
COA: 289856
Macomb CC: 2007-003381-CK

VINCENT DILORENZO and ANGELA
TINERVIA,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the February 3, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

0420